**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **ELIZA RODRIGUEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:19-CV-00031** |
| | § | |
| **KHOURY AUTOMOTIVE OF DEL** | § | **JURY DEMANDED** |
| **RIO, INC. D/B/A TOYOTA OF DEL** | § | |
| **RIO,** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF ELIZA RODRIGUEZ'S DESIGNATION OF EXPERT WITNESS**

Plaintiff Eliza Rodriguez hereby discloses and designates the following expert witness as required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and the Court's Scheduling Order, Dkt. #10, ¶ 4:

Jennifer J. Spencer
JACKSON SPENCER LAW PLLC
12221 Merit Drive, Suite 160
Dallas, Texas 75251
Telephone: (972) 458-5301

Ms. Spencer is expected to testify concerning the acceptable range of reasonable, necessary, and customary legal fees and costs in a lawsuit of this nature, and will evaluate the fees and costs that have been incurred by the other parties in this suit. These opinions will be based on what are reasonable, necessary, and customary legal fees and expenses for the preparation and litigation of this matter by capable and experienced trial attorneys. *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974); *Andersen v. Perry Equipment Corp.*, 945 S.W.2d 812, 818 (Tex. 1997); *Dillard Dept. Stores, Inc. v. Gonzales*, 72 S.W.2d 398, 412-413 (Tex. App. – El Paso 2002, pet. denied); Rule 1.04 of the TEXAS DISCIPLINARY RULES OF PROFESSIONAL CONDUCT; and *2 William V. Dorsaneo III*, Texas Litigation Guide, §§ 22.40, *et seq.* (2003).

The governing legal authorities recite the following key factors as those that must guide the fact-finder's assessment as to whether the specific attorney's fees and expenses that are under consideration in the matter are reasonable, necessary, and customary:

1. The time and labor required, the novelty and difficulty of the questions involved, and the level of skill required to perform the legal service properly;

**PLAINTIFF ELIZA RODRIGUEZ'S DESIGNATION OF EXPERT WITNESS**                    **PAGE 1**

2.      The likelihood that trial counsel's acceptance of this particular matter and the time requirements for handling the matter would preclude counsel from taking on other matters during the same time period;

3.      The legal fees that are customarily charged in this County for providing similar legal services for handling a matter of this type;

4.      The amount that is at stake in the litigation (the amount in controversy) and the results that are obtained for the client;

5.      Any time limitations that are imposed by the client for handling the case or by the circumstances, including court orders regarding time requirements;

6.      The nature and length of trial counsel's professional relationship with the client;

7.      The experience, reputation, and ability of the lawyers who are performing the services for the client;

8.      The ability and quality of opposing counsel and the strategies employed by opposing counsel in prosecuting or defending claims; i.e., whether there are collateral disputes at issue in addition to disagreements on the merits; and

9.      Whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

The current resume of Jennifer J. Spencer is available on the JACKSON SPENCER LAW PLLC website (www.jacksonspencerlaw.com) or for copying/inspection at the offices of JACKSON SPENCER LAW PLLC, 12221 Merit Drive, Suite 160, Dallas, Texas 75251.

## CROSS DESIGNATIONS:

Plaintiff cross-designates any and all experts and witnesses that Defendant may designate in conjunction with this matter and reserves the right to call any such individuals as witnesses by direct and/or cross-examination, either live, by deposition, or by recorded testimony.  Plaintiff further reserves the right to challenge any alleged expertise of such witnesses.

Plaintiff reserves her right to amend and/or supplement this response as additional discovery is conducted.

## REBUTTAL DESIGNATION:

Plaintiff designates any expert that may be required (i) for the purposes of rebuttal, or (ii) as a result of discovery from any other party to this lawsuit.

Plaintiff reserves her right to amend and/or supplement this response as additional discovery is conducted.

Dated: January 17, 2020                    Respectfully submitted,

                                           */s/ Jennifer J. Spencer*
                                           Jennifer J. Spencer
                                           Texas Bar No. 10474900
                                           jspencer@jacksonspencerlaw.com
                                           JACKSON SPENCER LAW PLLC
                                           Three Forest Plaza
                                           12221 Merit Drive, Suite 160
                                           Dallas, Texas 75251
                                           (972) 458-5301 (Telephone)
                                           (972) 770-2156 (Fax)

                                           **ATTORNEYS FOR PLAINTIFF**
                                           **ELIZA RODRIGUEZ**


                        **CERTIFICATE OF SERVICE**

        I hereby certify that on January 17, 2020, the foregoing document was filed with the Clerk of the Court for the U.S. District Court for the Western District of Texas using the electronic case filing system of the Court.

                                           */s/ Jennifer J. Spencer*
                                           Jennifer J. Spencer