AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

ELIZA RODRIGUEZ,
Plaintiff,

v.

KHOURY AUTOMOTIVE OF DEL
RIO, INC. d/b/a TOYOTA OF DEL RIO
Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:     DR-19-CV-031-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the Plaintiff's claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot.

| 4/7/2020 | Jeannette J. Clack |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |